FILED

12/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0410

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

No. DA 21-0410

CRAZY MOUNTAIN CATTLE CO., RICHARD JARRETT, and ALFRED ANDERSON,

      Plaintiffs and Appellants,

v.

WILD EAGLE MOUNTAIN RANCH, LLC, a Montana limited liability company; ROCK CREEK RANCH I LTD., a Texas limited partnership; YELLOWSTONE RIVER RANCH d/b/a DIANA'S GREAT IDEA, LLC, a Montana limited liability company; ENGWIS INVESTMENT COMPANY, LTD., a Montana limited partnership; and R.F. BUILDING COMPANY, LP, a Montana limited partnership.

      Defendants and Appellees,

_____

**ORDER**

_____

The Motion of Defendants Defendants/Appellees ROCK CREEK RANCH I, LTD., YELLOWSTONE RIVER RANCH, d/b/a DIANA'S GREAT IDEA, LLC; ENGWIS INVESTMENT COMPANY, LTD., and R. F. BUILDING COMPANY, LP (collectively herein, "Appellees") having come before the Court, and good cause appearing for granting said Motion;

IT IS HEREBY ORDERED That Appellees' Motion for Extension of Time is GRANTED. The Appellees shall file their Answer Brief on or before January 24, 2022.

1

ELECTRONICALLY SIGNED AND DATED BELOW.


Cc:    Stephen E. Woodruff
       Elizabeth Greenwood/Inga L. Parsons
       Nicholas J. Lofing
       Monica J. Tranel

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 15 2021